UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| DONNA INSINGA, | : |
| Plaintiff, | : Case No.: 1:21-4359 (LDH) (SJB) |
| -against- | : **RULE 7.1 STATEMENT** |
| FRONTIER AIRLINES, INC., | : |
| Defendant. | : |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Frontier Airlines, Inc. ("Frontier") certifies that Frontier Airlines Holdings, Inc. is the corporate parent of Frontier, and that no publicly held company owns 10% or more of its stock.

Dated:  New York, New York
        August 24, 2021

SCHNADER HARRISON SEGAL & LEWIS LLP

By:_____
        Barry I. Alexander
        140 Broadway, 31st Floor
        New York, New York 10005
        (212) 973-8000
        *Attorneys for Defendant*
        *Frontier Airlines, Inc.*