

**KREINDLER & KREINDLER LLP | 485 Lexington Avenue | New York, NY 10017-2629**
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

June 27, 2022

<u>*Via ECF*</u>
Honorable Sanket J. Bulsara, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Insinga v. Frontier Airlines, Inc.</u>
               1:21-cv-04359-LDH-SJB

Dear Judge Bulsara:

    My office represents plaintiff Donna Insinga in the above-listed case against defendant Frontier Airlines, represented by Barry S. Alexander of Schnader Harrison Segal & Lewis LLP.

    I write to request that tomorrow's 12:30 PM status conference be converted from an in-person appearance to a telephone conference. I was under the mistaken impression until this morning that status conferences still were being held telephonically in E.D.N.Y. due to the Covid-19 pandemic. Unfortunately, I only realized my error upon reviewing Your Honor's order in preparation for tomorrow's conference.

    I am prepared to go forward with the conference tomorrow but am currently residing out of state and thus unable to attend in person. Accordingly, and with sincere apologies to the Court, I must respectfully request that tomorrow's status conference be conducted via telephone so that I am able to participate on plaintiff's behalf. Should Your Honor prefer that the parties attend in person, I am available to appear July 5-8 or the week of July 18.

    I have spoken to Mr. Alexander and he consents to my request for a telephone conference. We thank you for your time and consideration.

               Respectfully,
               KREINDLER & KREINDLER LLP

               */s/ Erin R. Applebaum*
               Erin R. Applebaum, Esq.
               eapplebaum@kreindler.com
               (212) 973-3430