UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

DONNA INSINGA,

                          Plaintiff,

                  -against-

FRONTIER AIRLINES, INC.,

                        Defendant.
_____

Case No.: 1:21-4359 (LDH) (SJB)

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between all parties that all claims in the above-captioned case are hereby dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with prejudice and without costs or attorneys' fees.

Dated: New York, New York
        July 19, 2022

| KREINDLER & KREINDLER LLP | SCHNADER HARRISON SEGAL & LEWIS LLP |
|---|---|
| By: _/s/ Erin Applebaum_____<br>    Erin Applebaum<br>485 Lexington Avenue, Floor 28<br>New York, New York 10017<br>Tel. No.: (212)406-4232<br>E-mail: eapplebaum@kreindler.com<br>*Attorneys for Plaintiff* | By:_/s/ Barry S. Alexander_____<br>    Barry S. Alexander<br>140 Broadway, 31st Floor<br>New York, New York 10005<br>Tel. No.: (212) 973-8000<br>E-mail: balexander@schnader.com<br>*Attorneys for Defendant*<br>*Frontier Airlines, Inc.* |

SO ORDERED:

_____